No. 968, Misc.   STONEKING *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 975, Misc.   HENSON *v.* WARDEN, MARYLAND PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 994, Misc.   WESTPHAL *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Supreme Court of Washington.   Certiorari denied.

No. 682, Misc.   SCHLETTE *v.* CALIFORNIA ET AL.   C. A. 9th Cir.   Petition for writ of certiorari and for other relief denied.

No. 1044, Misc.   GREENWOOD *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 1055, Misc.   RYAN *v.* PENNSYLVANIA ET AL. C. A. 3d Cir.   Certiorari denied.

No. 346, Misc.   HILL *v.* SETTLE, WARDEN.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Tyler* and *Harold H. Greene* for respondent.

No. 384, Misc.   MICHAELS *v.* CHAPPELL ET AL.   C. A. 9th Cir.   Certiorari denied.   THE CHIEF JUSTICE is of the opinion that certiorari should be granted.   *A. L. Wirin* and *Fred Okrand* for petitioner.   *Martin H. Webster* and *Louis Lee Abbott* for respondents.